IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00234-MR-DLH

MICHELE A. PARKER and RANDALL )
C. PARKER, )
 )
               Plaintiff, )
 )
      vs. )         <u>**O R D E R**</u>
 )
BANK OF AMERICA, N.A., )
 )
              Defendant. )
_____ )

**THIS MATTER** is before the Court on the Plaintiff's Consent Motion for Relief from Judgment [Doc. 40].

In her motion, the Plaintiff states that this matter has been settled and that it is equitably in the best interest of the parties to allow relief from the Judgment. For the reasons stated in the Plaintiff's Motion, and in light of the Defendant's consent thereto, the Court will grant the requested relief and set aside the Judgment in this case.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Consent Motion [Doc. 40] is **GRANTED**, and the Memorandum of Decision and Order [Doc. 38] and Judgment [Doc. 39] entered herein on November 13, 2014, are hereby **VACATED**.

**IT IS FURTHER ORDERED** that the parties shall have thirty (30) days from the entry of this Order within which to file a stipulation of dismissal. If no such stipulation is filed within thirty (30) days, the Court will reinstate the Order [Doc. 38] and Judgment [Doc. 39] and dismiss this action with prejudice.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge